UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| LONNIE JACOB RAGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV621-042 |
| | ) | |
| LT. FNU BLAKELY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), doc. 9, to which no objections have been filed. Accordingly, the R&R is **ADOPTED**, Lonnie Jacob Ragan's Motion for a Writ of Mandamus is **DENIED**. Doc. 8.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of March, 2022.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA