AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LONNIE JACOB RAGAN,

    Plaintiff,

v.

LT. FNU BLAKELY; OFFICER FNU MILKEM; WARDEN TRAVON BOBBIT; LT. MIKE JONES,

    Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV621-42

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated November 16, 2022, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's Amended Complaint is dismissed. This action stands closed.

November 16, 2022  
*Date*

John E. Triplett, Clerk of Court  
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020